1  DARREN T. BRENNER
   Nevada Bar No. 8386
2  DBrenner@LRLaw.com
   LINDSAY C. DEMAREE
3  Nevada Bar No. 11949
   LDemaree@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway
5  Suite 600
   Las Vegas, Nevada 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7
   *Attorneys for Defendant*
8  *Property & Casualty Insurance Company*
   *of Hartford*
9

10

11                 UNITED STATES DISTRICT COURT

12                      DISTRICT OF NEVADA

13  SHONNA SHIREY,

14                 Plaintiff,                CASE NO.: 2:12-CV-01671-RCJ-(CWH)

15  vs.
                                             **STIPULATION AND ORDER OF**
16  PROPERTY & CASUALTY INSURANCE            **DISMISSAL WITH PREJUDICE**
    COMPANY OF HARTFORD; and DOES I
17  through X, inclusive,

18                 Defendants.

19

20       IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Shonna

21  Shirey and defendant Property & Casualty Insurance Company of Hartford, through their

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

544542.1

respective counsel of record, that the above-captioned action be dismissed with prejudice.

Each party to bear their own fees and costs.

DATED this 15th day of October, 2012.

| MARSHALL LAW OFFICE | LEWIS AND ROCA LLP |
|---|---|
| By _____ <br> ROBERT E. MARSHALL <br> Nevada Bar No. 4327 <br> 625 S. Eighth Street <br> Las Vegas, NV 89101 <br> *Attorney for Plaintiff* <br> *Shonna Shirey* | BY: Lindsay Demaree 10/22/12 <br> DARREN T. BRENNER <br> Nevada Bar No. 8386 <br> LINDSAY C. DEMAREE <br> Nevada Bar No. 11949 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant Property & Casualty* <br> *Insurance Company of Hartford* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE/MAGISTRATE

DATED: This 1st day of November, 2012.

-2-