DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LINDSAY C. DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Property & Casualty Insurance Company*
*of Hartford*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHONNA SHIREY,<br><br>              Plaintiff,<br><br>vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD; and DOES I through X, inclusive,<br><br>              Defendants. | CASE NO.: 2:12-CV-01671-RCJ-(CWH)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Shonna Shirey and defendant Property & Casualty Insurance Company of Hartford, through their

///
///
///
///
///
///
///

respective counsel of record, that the above-captioned action be dismissed with prejudice.

Each party to bear their own fees and costs.

DATED this 15th day of October, 2012.

| MARSHALL LAW OFFICE | LEWIS AND ROCA LLP |
|---|---|
| By: *[signature]* | BY: *Lindsay Demaree 10/22/12* |
| ROBERT E. MARSHALL<br>Nevada Bar No. 4327<br>625 S. Eighth Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff*<br>*Shonna Shirey* | DARREN T. BRENNER<br>Nevada Bar No. 8386<br>LINDSAY C. DEMAREE<br>Nevada Bar No. 11949<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Property & Casualty*<br>*Insurance Company of Hartford* |

**ORDER**

IT IS SO ORDERED.

*[signature]*
_____
U.S. DISTRICT COURT JUDGE/MAGISTRATE

DATED: This 1st day of November, 2012.